UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE


BARRY L. RECTOR,

    Plaintiff,

v.   3:05-cv-192

WARDEN JACK MORGAN, et al.,

    Defendants.

## JUDGMENT ORDER

In accordance with the accompanying Memorandum Opinion, the defendants' motion to dismiss is **GRANTED**. This action is **DISMISSED WITHOUT PREJUDICE** for failure to exhaust administrative remedies. The court **CERTIFIES** that any appeal from this action would not be taken in good faith and would be totally frivolous.

**E N T E R:**

                                              s/ Thomas W. Phillips
                                         United States District Judge